IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:91CR43 |
| vs. | ORDER FOR DISMISSAL |
| PAUL S. BARNES, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 1069) the Petition for Offender Under Supervision (Filing No. 1064) and the Amended Petition for Offender Under Supervision (Filing No. 1066). The Court finds the motion should be granted. Accordingly,

1. The United States' Motion is granted and both the Petition for Offender Under Supervision (Filing No. 1064) and the Amended Petition for Offender Under Supervision (Filing No. 1066) are dismissed.

ORDERED this 30th day of January, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge